## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

**In Re:**
Donald M. Frain

Case Number 10-45047-NHL
**Chapter 13**

Adv. Proc. No:
Hearing Date: Jan. 6, 2015 @ 2:30PM

                                          Debtor
---------------------------------------------------x

### Proceeding Memorandum/Order

**Matter:** [82] Loss Mitigation Status Letter and Request for Adjournment

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☑ **Granted**
- ☐ **Approved**
- ☐ **Moot**
- ☐ **Denied**
- ☐ **Denied Without Prejudice**
- ☐ **Withdrawn in Open Court**
- ☐ **Sustained**
- ☐ **Overruled**
- ☐ **Continued to:** _____
- ☐ **Proposed Order to be submitted by:** _____
- ☐ **Stipulation to be submitted by:** _____
- ☐ **Taken Under Advisement:** _____

It is hereby Ordered, that the Loss Mitigation Status Hearing is Adjourned to January 6, 2015 at 2:30 P.M.; it is further Ordered, that the Loss Mitigation period is extended to January 6, 2015; it is further Ordered, that the parties must file status reports with the Court by no later than 4:00 P.M. on December 30, 2014; it is further Ordered, that counsel for both the debtor and for the lender appear at the adjourned status hearing.



**Dated: December 4, 2014**
**Brooklyn, New York**

                    **Nancy Hershey Lord**
                **United States Bankruptcy Judge**